**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARVIN SHOFFNER,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 25-CV-2059** |
| | : | |
| **DR. GLUSHAKOW, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

**AND NOW**, this **27th** day of **August 2026**, upon consideration of (1) Defendant Dr. Glushakow's Motion to Dismiss the Amended Complaint (ECF No. 28), Plaintiff Marvin Shoffner's response thereto (ECF No. 78), and Dr. Glushakow's reply (ECF No. 85); (2) Defendant CRNP Floyd's Motion to Dismiss the Amended Complaint (ECF No. 38), and Shoffner's response thereto (ECF No. 49); (3) SCI Phoenix and Joseph Terra's Motion to Dismiss the Amended Complaint (ECF No. 41), and Shoffner's response thereto (ECF No. 82); and (4) Defendant CRNP Clark's Motion to Dismiss the Amended Complaint (ECF No. 70), Shoffner's response thereto (ECF No. 81), and Clark's reply (ECF No. 85), it is **ORDERED** that:

1. SCI Phoenix's Motion to Dismiss (ECF No. 41) is **GRANTED** for the reasons stated in the Court's accompanying Memorandum. All claims asserted against SCI Phoenix are **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to **TERMINATE** SCI Phoenix from the docket.

2. Defendant CRNP Floyd's Motion to Dismiss the Amended Complaint (ECF No. 38) and Defendant CRNP Clark's Motion to Dismiss the Amended Complaint (ECF No. 70) is **GRANTED** in part and **DENIED** in part for the reasons stated in the Court's accompanying

Memorandum. Shoffner's First Amendment retaliation claims asserted against Floyd and Clark are **DISMISSED**. The balance of the Motions are **DENIED**.

3. Dr. Glushakow's Motion to Dismiss the Amended Complaint (ECF No. 28) and Joseph Terra's Motion to Dismiss the Amended Complaint (ECF No. 41) are **DENIED** for the reasons stated in the Court's accompanying Memorandum.

4. Defendants Dr. Glushakow, CRNP Floyd, CRNP Clark, and Joseph Terra shall file a responsive pleading within fourteen (14) days of the date of this Order.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD KENNEY, J.**